IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

WAYNE CHARLES HOGG

VS.                                                   CIVIL ACTION NO. 2:10cv248-KS-MTP

DR. RON WOODALL, ET AL

ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
AND DISMISSING DEFENDANT HAMED MOULD WITHOUT PREJUDICE, ETC.

This cause is before the Court *sua sponte* for dismissal of a certain Defendant pursuant to Fed. R. Civ. P. 4 and upon Plaintiff's failure to comply with certain orders of the Court and upon Report and Recommendation [47] of Magistrate Judge Michael T. Parker. The Court has also received and considered the Objection [59] to the Report and Recommendation filed by Plaintiff. Based on the record and the above described documents, this Court finds that the Objection is not well taken, as it does not address the dismissal of Mr. Mould or the Report and Recommendation of Judge Parker.

Therefore, as required by 28 U.S.C. § 636(b)(1), this Court has conducted an independent review of relevant portions of the record regarding the dismissal of Defendant Mould. For the reasons set forth in the Report and Recommendation of the Magistrate Judge, the Court finds that Defendant Hamad Mould should be dismissed without prejudice. The Court further concludes that the Report and Recommendations is an accurate statement of the facts and the correct analysis of the law in all regards. Therefore, the Court accepts, approves, and adopts the Magistrate Judge's factual findings and legal conclusions contained in the Report and Recommendations. Accordingly, Hamad Mould is dismissed as a defendant without prejudice.

SO ORDERED on this, the 27th day of March, 2012.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE